

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNSON AND HANAN, P.C., d/b/a JOHNSON HANAN VOSLER HAWTHORNE & SNIDER,<br><br>Plaintiff,<br><br>v.<br><br>ARMOR CORRECTIONAL HEALTH SERVICES, INC., d/b/a ARMOR HEALTH,<br><br>Defendant. | Case No. 22-CV-431-GKF-CDL |

## DEFAULT JUDGMENT

This matter came before the Court on November 3, 2022, on the Motion of plaintiff, Johnson and Hanan, P.C. d/b/a Johnson Hanan Vosler Hawthorne & Snider, for a Default Judgment against defendant, Armor Correctional Health Services, Inc. d/b/a Armor Health [Doc. 11]. After reviewing the record in this case, the Court finds that:

1. Defendant was served with the summons and complaint on October 11, 2022; Defendant has failed to answer, appear, or otherwise defend in this action within twenty-one (21) days as required by law; and accordingly, defendant is in default.

2. On November 3, 2022, the Clerk of Court duly entered the default of the defendant. [Doc. 10].

3. Plaintiff's claim is for a sum that can be computed with certainty.

4. Defendant has not been in the military since the commencement of this action or from six months prior to the commencement of this action.

5. Defendant is not a minor or an incompetent.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that plaintiff, Johnson and Hanan, P.C., is awarded default judgment against defendant, Armor Correctional Health Services, Inc., in the sum of $177,268.50, together with post-judgment interest thereon at the rate of 4.66%.

ENTERED in Tulsa, Oklahoma, this 20th day of December, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of Oklahoma
I hereby certify that the foregoing is a true copy of the original on file in this court.

Mark C. McCartt
By_____
Deputy